| AO 10 Rev. 1/2018 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2017** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Lungstrum, John W. | 2. Court or Organization<br><br>USDC, District of Kansas | 3. Date of Report<br><br>04/27/2018 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>517 U.S. Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Bank (money market account) | A | Dividend | L | T | | | | | |
| 2. College Station TX School District (Bond) | B | Interest | K | T | | | | | |
| 3. Johnson Cty, KS Water Dist (Bond) | B | Interest | | | Redeemed | 12/01/17 | K | A | |
| 4. Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | L | T | Sold (part) | 04/27/17 | J | A | |
| 5. EV Floating Rate A (Mutual Fund) | B | Interest | K | T | Sold (part) | 04/27/17 | J | A | |
| 6. Clearbridge Energy (Mutual Fund) | B | Dividend | | | Sold | 05/11/17 | K | A | |
| 7. EV Kansas Municipals (Mutual fund) | B | Interest | K | T | | | | | |
| 8. Blackrock Res & Comm Strat TR (Mutual Fund) | A | Dividend | | | Sold | 04/27/17 | K | A | |
| 9. Gabelli GLB SML & MD CP Val GBL | A | Dividend | | | Sold | 04/27/17 | J | A | |
| 10. Tortoise MLP Fund Inc. (Mutual Fund) | B | Dividend | K | T | | | | | |
| 11. Gainesville FLA Utilities SYS (Bond) | B | Interest | | | Redeemed | 10/02/17 | K | A | |
| 12. Louisiana St. Energy & PWR Auth (Bond) | B | Interest | K | T | | | | | |
| 13. IRA | | | | | | | | | |
| 14. -AQR Managed Futures (Mutual Fund) | A | Dividend | K | T | Buy | 12/19/17 | J | | |
| 15. -AQR Market Neutral Inst (Mutual Fund) | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 16. -AQR Style Premia Alternative (Mutual Fund) | B | Dividend | J | T | Buy | 09/01/17 | J | | |
| 17. -Artisan Midcap Value (Mutual Fund) | A | Dividend | | | Sold | 06/30/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Blackrock Equity Div (Mutual Fund) | B | Dividend | | | Sold | 06/30/17 | M | A | |
| 19. -Blackrock Strategc Inc. OPPI (Mutual Fund) | A | Dividend | K | T | | | | | |
| 20. Cambiar In't Equity (Mutual Fund) | A | Dividend | K | T | | | | | |
| 21. -Causeway Intl Value (Mutual Fund) | B | Dividend | L | T | Sold (part) | 05/11/17 | J | A | |
| 22. -Clearbridge Large Cap Group (Mutual Fund) | A | Dividend | | | Sold | 06/30/17 | M | A | |
| 23. -Columbia Strategic Inc. Inst. (Mutual Fund) | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 24. -Eaton Vance Hi Inc Opport I (Mutual Fund) | A | Dividend | | | Sold | 12/01/17 | J | A | |
| 25. -Fidelity ADV FLTG RT (Mutual Fund) | A | Dividend | L | T | Buy | 05/25/17 | L | | |
| 26. -Fidelity ADV Total Bond I | B | Dividend | L | T | Buy | 12/09/17 | L | | |
| 27. -Gabelli Gold I (Mutual Fund) | A | Dividend | J | T | | | | | |
| 28. -Healthcare Sel (Mutual Fund) | A | Dividend | J | T | | | | | |
| 29. -Henderson Global Inc. (Mutual Fund) | A | Dividend | | | Sold | 04/26/17 | J | A | |
| 30. -Henderson Intl Opport I (Mutual Fund) | A | Dividend | L | T | Sold (part) | 05/11/17 | J | A | |
| 31. -IShares Core MSCI EAFE ETF (MF) | A | Dividend | | | Sold | 04/26/17 | J | A | |
| 32. -Invesco Small Cap Y (Mutual Fund) | A | Dividend | J | T | Sold (part) | 07/16/17 | J | A | |
| 33. -IShares Nasdaq Biotech ETF (Mutual Fund) | A | Dividend | | | Sold | 05/08/17 | J | A | |
| 34. -IShares Russell 200 GRWTH ETF (Mutual Fund) | A | Dividend | K | T | Sold (part) | 07/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.    -IShares Russell Midcap G ETF (Mutual Fund) | A | Dividend | J | T | Buy | 04/06/17 | J | | |
| 36.    -IShares Russell Midcap V ETF (Mutual Fund) | A | Dividend | J | T | Buy | 06/30/17 | K | | |
| 37.    -IShares S&P 500 Growth (Mutual Fund) | B | Dividend | M | T | Buy | 06/20/17 | M | | |
| 38.    -IShares S&P 500 Val (Mutual Fund) | A | Dividend | K | T | Buy | 01/15/17 | K | | |
| 39.    -IShares S&P Mid-Cap 400 G ETF (Mutual Fund) | A | Dividend | K | T | Sold (part) | 04/26/17 | J | A | |
| 40.    -IShares S&P Mid Cap 400 V (Mutual Fund) | A | Dividend | | | Sold | 05/11/17 | J | A | |
| 41.    -IShares MSCI Japan (Mutual Fund) | A | Dividend | J | T | Buy | 10/10/17 | J | | |
| 42.    -MSDW Liq. Asset (Money market fund) | A | Dividend | K | T | | | | | |
| 43.    -Prudential Jennison Natl Res Z (Mutual Fund) | A | Dividend | | | Sold | 05/27/17 | K | A | |
| 44.    -Oppenheimer Ltd Term BDY (Mutual Fund) | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 45.    Pimco Foreign Bd US S Hedged P (Mutual Fund) | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 46.    Pimco 1-5 Yr U.S. TIPX IDX FD (Mutual Fund) | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 47.    Pimco Income P (Mutual Fund) | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 48.    -Salient MLP & Energy (Mutual Fund) | A | Dividend | | | Sold | 04/21/17 | J | A | |
| 49.    -SPDR DJ Wilshire Global REA (Mutual Fund) | A | Dividend | | | Sold | 04/03/17 | J | A | |
| 50.    -The Financial Sel Sect SPDR FD (Mutual Fund) | A | Dividend | J | T | Buy | 05/08/17 | J | | |
| 51.    -Vanguard Info Tech (Mutual Fund) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard REIT ETF (Mutual Fund) | B | Dividend | K | T | Buy | 12/19/17 | J | | |
| 53. -Vanguard Total Bond Mkt (Mutual Fund) | A | Dividend | | | Sold | 01/15/17 | K | A | |
| 54. -Vanguard S# TM Bd Indv (Mutual Fund) | A | Dividend | | | Sold | 12/01/17 | J | A | |
| 55. -Vanguard SHR-TM Infat Protec (Mutual Fund) | A | Dividend | J | T | | | | | |
| 56. -Vanguard Valve ETF (Mutual Fund) | C | Dividend | M | T | Buy | 06/30/17 | M | | |
| 57. -Vanguard FTSE Dev. Mkts E (Mutual Fund) | A | Dividend | K | T | Buy | 04/26/17 | K | | |
| 58. -Vanguard FTSE Europe ETF (Mutual Fund) | A | Dividend | J | T | Buy | 10/10/17 | J | | |
| 59. -Vanguard SHR-TM Inflation Protec (Mutual Fund) | A | Dividend | J | T | Buy | 12/01/17 | J | | |
| 60. -Vanguard Small Cap Indx Inv (Mutual Fund) | A | Dividend | K | T | Buy | 01/15/17 | K | | |
| 61. -Virtus Insight Emerg Mkts (Mutual Fund) | A | Dividend | K | T | | | | | |
| 62. -Wisdomtree Japan (Mutual Fund) | A | Dividend | | | Sold | 10/10/17 | K | A | |
| 63. -Wisdomtree Europe (Mutual Fund) | A | Dividend | | | Sold | 04/26/17 | J | A | |
| 64. -Wisdomtree TR High Div (Mutual Fund) | A | Dividend | | | Sold | 02/28/17 | K | A | |
| 65. -Xtrackers MSCI Japan Hedged EQ (Mutual Fund) | A | Dividend | J | T | Buy | 04/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/27/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Lungstrum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544